**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| CHARLES DAVID BAYHAM, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:19-CV-00781-CAN |
| v. | § | |
| | § | |
| COMMISSIONER, SSA, | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff Charles David Bayham's "Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412" [Dkt. 19] and the Commissioner's Response [Dkt. 21], wherein the Commissioner does not object to the requested attorney's fees, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff Charles David Bayham's "Motion for Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412" [Dkt. 19] is **GRANTED**, and the Commissioner is directed to pay eight thousand four hundred forty-four dollars and ninety-seven cents ($8,444.97) in attorney's fees. Payment shall be made payable to Plaintiff and mailed to Plaintiff's counsel of record.

**IT IS SO ORDERED**.
**SIGNED** this 11th day of June, 2021.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE